WINOKUR, J.,
concurring.
“A decision made according to the form of law and the rules prescribed for rendering.it, although it may be erroneous in its conclusion as to what the law is as applied to the facts, is not an illegal or irregular act or proceeding remediable by certiora-ri.” Haines City Cmty. Dev. v. Heggs, 658 So.2d 523, 525 (Fla.1995) (quoting Basnet v. City of Jacksonville, 18 Fla. 523, 526-27 (1882)). If this case were an appeal from the circuit court decision, I would reverse the decision as a misapplication of Edenfield v. State, 45 So.3d 26 (Fla. 1st DCA 2010), and the requirements of Rule 3.111(d), Florida Rules of Criminal Procedure. However, applying the Heggs standard, I concur in the majority opinion that certiorari is not warranted in this case.